974

No. 934. BABB *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John D. Cofer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 937. LeCuno OIL Co. *v.* SMITH, TRUSTEE, ET AL. Court of Civil Appeals of Texas, Sixth Supreme Judicial District. Certiorari denied. *Angus G. Wynne* for petitioner. *C. A. Brian* for respondents.

No. 940. DAVIS ET AL. *v.* FOREMAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 944. LA SALLE STEEL Co. *v.* ROGERS, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 7th Cir. Certiorari denied. *Vincent O'Brien* for petitioner. *Solicitor General Rankin, Assistant Attorney General Townsend, George B. Searls* and *Irwin A. Seibel* for respondent.

No. 945. BOROUGH OF RINGWOOD, NEW JERSEY, *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Louis Wallisch, Jr.* and *Aaron Dines* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Harold S. Harrison* for the United States.

No. 951. HOWELLS, EXECUTOR, *v.* FOX, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *George E. Bridwell* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *Louise Foster* for respondent.